URBANE LANGWORTHY, Appellant, *v.* THE OSWEGO AND ONONDAGA INSURANCE COMPANY, Respondent.

A policy of insurance was issued by defendant upon plaintiff's "hop-house, while drying hops," from August 15 to October 15, 1875. The hop-house was destroyed by a fire which occurred within the time specified, but after plaintiff had ceased drying hops. In an action upon the policy, *held,* that defendant was not liable.

(Argued May 6, 1881 ; decided May 13, 1881.)

ON the 15th day of August, 1875, the defendant issued to the plaintiff a policy of insurance upon his hop-house. The insurance was specified to be " on his frame shingle roof hop-house, while drying hops," and the defendant agreed to make good to the plaintiff all loss or danger which should happen " by fire to the property so specified," from the 15th day of August to the 15th day of October, 1875. The hop-house was destroyed by fire September 30, 1875, after plaintiff had ceased drying hops. The complaint was dismissed on trial. *Held,* no error. The court say :

" The defendant did not undertake to insure the hop-house against fire generally during the time specified, but during the time specified only " while drying hops." Force should be given to all the language used, and that can be done only by

the construction thus given. If this had been intended as an absolute, general insurance for the full term of sixty days, the words "while drying hops," were purposeless, having no signification.

Therefore, as the fire happened after the plaintiff had ceased drying hops, the defendant was not liable, and no error was committed in dismissing the complaint.

*E. Countryman* for appellant.

*C. W. Avery* for respondent.

EARL, J., reads for affirmance.
All concur.
Judgment affirmed.